# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JORDAN RODNEY HAMPTON                                    PLAINTIFF

v.                      No: 5:19-cv-240 DPM

TISCHA JOHNSON, Sergeant, Dallas
County Detention Center; KEVIN
BLACK, Deputy Sheriff, Bradley
County Sheriff Station, DUSTY
DODSON, Jail Administrator, Dallas
County Detention Center                                  DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Hampton hasn't filed an amended complaint; and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 September 2019