# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JORDAN RODNEY HAMPTON                                    PLAINTIFF

v.                       No: 5:19-cv-240 DPM

TISCHA JOHNSON, Sergeant, Dallas
County Detention Center; KEVIN
BLACK, Deputy Sheriff, Bradley
County Sheriff Station, DUSTY
DODSON, Jail Administrator, Dallas
County Detention Center                                  DEFENDANTS

## JUDGMENT

Hampton's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 September 2019